IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 21-cv-198-DWD |
| vs. | ) ) |
| MICHAEL DUANE MOLL, | ) ) |
| Defendant. | ) |

## MEMORANDUM & ORDER

**DUGAN, District Judge:**

By motion dated March 30, 2021, Defendant Michael Duane Moll asks the Court for relief from the order remanding this case to state court, citing Federal Rule of Civil Procedure 60(b). Pursuant to 28 U.S.C. § 1447(d) "[a]n order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise." Further, it is well settled that "once a federal district court remands a case and mails a certified copy of its order to the state court, the district court loses all jurisdiction, even if it later changes its mind." *Countryside Bank v. Naseer*, 2018 WL 4292960 at *2 (N.D. Ind. Sept. 7, 2018)(quoting *City of Valparaiso, Ind. V. Iron Workers Local Union No. 395*, 118 F.R.D. 466, 468 (N.D. Ind. 1987)).

By order dated February 23, 2021, this action was remanded to the Circuit Court of the Third Judicial Circuit, Madison County, Illinois. A certified copy of the remand order was sent to the state court on February 24, 2021. The Clerk of the Circuit Court for the Third Judicial Circuit acknowledged receipt of the remand order on February 25,

2021. The remand order is not reviewable, and the Court was divested of jurisdiction over this action once the certified copy was sent to the state court. Because the Court no longer has jurisdiction, Defendant's motion must be **DENIED**.

**SO ORDERED.**

Dated: March 31, 2021

_____
DAVID W. DUGAN
United States District Judge